IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEONTA ROWE**                                                                                          **PLAINTIFF**

v.                                            No. 4:22-cv-370-JM

**TTEC@HOME, LLC**                                                                                  **DEFENDANT**

ORDER

The parties' joint motion to dismiss with prejudice is GRANTED. (Docket #22). The case is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 25th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE